| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DARIN ROCK<br>Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00008-SAB |
|---|---|
| Plaintiff, | [Citation #6238426 CA/8] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ISIAH D. JACKSON | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00008-SAB [Citation #6238426] against ISIAH D. JACKSON without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 16, 2018   Respectfully submitted,

McGregor W. Scott
United States Attorney

By:  /s/ Darin Rock
     DARIN ROCK
     Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00008-SAB [Citation #6238426] against ISIAH D. JACKSON be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 17, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE